HUBBELL KILLARK ELECTRIC & LIBERTY INSURANCE CORPORATION, Appellant,

v.

Felicia BUFFINGTON, Respondent.

ED 102925

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: December 8, 2015

Henry T. Herschel, Rick L. Montgomery, 28 North Eighth Street, Suite 200, Columbia, MO 65201, for Appellant.

Frank J. Niesen, Jr., 319 N. 4th Street, Suite 200, St. Louis, Missouri 63102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Hubbell, Inc., formerly known as Killark Electric Manufacturing Company ("Employer"), appeals from a judgment of the Missouri Labor and Industrial Commission ("the Commission") affirming the award of the Administrative Law Judge ("ALJ"), which found that Felicia Buffington's ("Employee's") claim was compensable and awarding $76,600.14 for permanent partial disability and $39,245.95 for medical expenses. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential

purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).